UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:12-CV-19-BO
NO. 5:10-CR-18-2BO

| UNITED STATES OF AMERICA | ) | AMENDED |
| --- | --- | --- |
| | ) | ORDER TO SEAL |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | |
| JAMES ANDRE GRAHAM | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Reply to Response be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Reply to Response to the United States Attorney's Office and the counsel for defense.

This the 7th day of March, 2012.

TERRENCE W. BOYLE
United States District Court Judge